UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| OAK KNOLL HEALTH CARE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:08-CV-12051-NG |
| | ) | |
| Michael Leavitt, in his official capacity | ) | |
| as Secretary of The United States | ) | |
| Department of Health and Human | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT

Plaintiff Oak Knoll Health Care Center ("Oak Knoll") moves pursuant to Fed. R. Civ. P. 56, that the Court grant it summary judgment (i) reversing a decision by the Administrator of the Centers of Medicare and Medicaid ("CMS") denying Oak Knoll's request to be reimbursed at the "transitional" period rate for a Skilled Nursing Facility ("SNF") under 42 U.S.C. §1395yy and 42 C.F.R. §413.340(e), and (ii) declaring that Oak Knoll is entitled to transition period reimbursement beginning with the fiscal year ending December 31, 1999 and for the subsequent two cost reporting periods.

The grounds for this motion are set forth in the accompanying Memorandum in Support, filed herewith. Oak Knoll also has filed and relies upon its Concise Statement of Material Facts of Record As To Which There Is No Genuine Dispute. The administrative record in this case was filed with the Court on April 10, 2009.

1

Respectfully submitted,
Plaintiff,
OAK KNOLL HEALTH CARE CENTER

By its attorneys,


  /s/ Nicholas J. Nesgos
Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
James E. Kruzer, BBO No. 670827
jkruzer@pbl.com
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
Dated:  August 31, 2010          (617) 973-6100

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I electronically filed the foregoing Plaintiff's Motion for Summary Judgment, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel for the Defendant

/s/ Nicholas J. Nesgos

2

1169162v1/7397-12 8/30/2010