UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

OAK KNOLL HEALTH CARE CENTER,  )
                    Plaintiff,           )      C.A. No. 1:08-cv-12051-NG
                                  )
          v.                )
                                  )
KATHLEEN SEBELIUS, Secretary  )
of the U.S. Department of Health  )
and Human Services,[1]  )
                  Defendant.    )
                                  )

## **DEFENDANT'S MOTION TO AFFIRM THE ADMINISTRATOR'S DECISION AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Kathleen Sebelius, Secretary of the United States Department of Health and

Human Services ("Defendant"), by and through her attorney, Carmen M. Ortiz, United States

Attorney for the District of Massachusetts, herein: (1) moves this Court to affirm the final

decision of the Administrator of the Centers for Medicare & Medicaid Services ("the

Administrator"),[2] regarding the Medicare reimbursement due the plaintiff, Oak Knoll Health

Care Center ("Plaintiff' or "Oak Knoll"), for fiscal year ("FY") 1999; and (2) opposes Plaintiff's

Motion for Summary Judgment (Docket No. 13).

Plaintiff, a skilled nursing facility, brings this action pursuant to 42 U.S.C. § 1395oo(f),

to obtain judicial review of a final decision of the Administrator, regarding the Medicare

reimbursement due the facility for fiscal year 1999.  Plaintiff has now moved for summary

judgment as to all claims, which the Defendant opposes.  (Because this case is limited to the

administrative transcript from the underlying administrative proceedings, and because the relief

---

[1]Pursuant to Fed. R. Civ. P. 25(d), Kathleen Sebelius, Secretary of the Department of Health and Human Services, is automatically substituted for her predecessor, Michael O. Leavitt.

[2]The Centers for Medicare & Medicaid Services shall hereinafter be referred to as "CMS."

sought by Plaintiff is to reverse and remand this case to the CMS, Defendant asserts that a

motion to affirm, and not a motion for summary judgment, is appropriate here.)  As set forth in

detail in the accompanying memorandum of law, because the Administrator applied the correct

legal standards, and because its decision is supported by substantial evidence in the

record, Plaintiff's motion should be denied, and Defendant's motion should be affirmed.

Respectfully Submitted,

KATHLEEN SEBELIUS,
Secretary of the Department of
Health and Human Services

By her attorneys:

CARMEN M. ORTIZ
United States Attorney

By:     */s/ Sonya A. Rao*
Sonya A. Rao
Assistant U.S. Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: October 15, 2010          (617) 748-3261

## CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)

The undersigned counsel for the Defendant attempted to confer with counsel for the Plaintiff, but the undersigned counsel was unable in good faith to resolve or narrow the issues.

/s/ Sonya A. Rao

Sonya A. Rao

Dated: October 15, 2010                    Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, Sonya A. Rao, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2010.

*/s/ Sonya A. Rao*

Sonya A. Rao

Assistant U.S. Attorney
